EXXON MOBIL CORPORATION V. VAWTER



NO. 07-01-0037-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



JANUARY 28, 2002



______________________________




EXXON MOBIL CORPORATION, APPELLANT



V.



DAVID VAWTER, ET AL., APPELLEES




_________________________________



FROM THE 11TH DISTRICT COURT OF HARRIS COUNTY;



NO. 1999-32545; HONORABLE MARK DAVIDSON, JUDGE



_______________________________



Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

 On January 18, 2002, appellant Exxon Mobil Corporation formerly known as Exxon 
Corporation filed a Motion to Vacate Judgment Pursuant to Settlement according to
agreement of the parties and in accordance with Tex. R. App. P. 42.1(a)(1). The motion
includes a certificate of conference representing that counsel for appellees agrees to the
motion, and signature of counsel for appellees by permission. 

 Without passing on the merits of the case, the Motion to Vacate Judgment is
granted. The judgment of the trial court signed on September 21, 2000, styled David
Vawter and John Lazaris v. Exxon Corporation, Exxon Company, U.S.A., No. 1999-32545, 
is vacated and the case is dismissed. TRAP 42.1(a)(1); TRAP 43.2(e). 

 All costs are assessed to the parties incurring the same. Having dismissed the
appeal at appellant's request and pursuant to settlement agreement, no motion for
rehearing will be entertained and our mandate will issue forthwith. 


 Phil Johnson

 Justice



Do not publish.